```
1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404              E-filing
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114                              F I L E D
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350                               JUL 2 7 2005
   pandre@perkinscoie.com
5  lkobialka@perkinscoie.com
                                                        RICHARD W. WIEKING
6  DAVID R. BURTT, Bar No. 201220                       CLERK, U.S. DISTRICT COURT
   JONMI N. KOO, Bar No. 233136                      NORTHERN DISTRICT OF CALIFORNIA
7  PERKINS COIE LLP
   180 Townsend Street, 3rd Floor
8  San Francisco, CA 94107
   Telephone: (415) 344-7000
9  Facsimile: (415) 344-7050
   dburtt@perkinscoie.com
10 jkoo@perkinscoie.com

11 Attorneys for Plaintiff
   SIGMA DYNAMICS, INC.
12
                       UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN FRANCISCO DIVISION
15

16 SIGMA DYNAMICS, INC., a Delaware        Case No: 3:04-CV-569 MJJ
17 corporation,
                                           JOINT STIPULATION
18                Plaintiff,               DISMISSING ACTION

19       v.

20 EPIPHANY, INC., a Delaware corporation,

21                Defendant.

22

23       Pursuant to Rule of Appellate Procedure 42 (a), the plaintiff in this action, Sigma
24 Dynamics, Inc., and defendant Epiphany, Inc. hereby stipulate to the dismissal, with prejudice, of
25 the appeal of the above-captioned action. Pursuant to this stipulation, the parties agree to bear
26 their own costs and attorneys' fees.
27
28
```

Accordingly, the parties hereby request that the Court enter this Order, dismissing Sigma Dynamics, Inc.'s appeal against Epiphany, Inc., with prejudice.

Respectfully submitted,

ON BEHALF OF SIGMA DYNAMICS, INC.

Dated:

/s/
PAUL ANDRE
Of Perkins Coie LLP

ON BEHALF OF EPIPHANY, INC.

Dated:

/s/
DARIN SNYDER
Of O'Melveny & Myers LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/27/2005

Martin J. Jenkins
United States District Judge

JOINT STIPULATION DISMISSING ACTIONS
Case No: 3:04-CV-569 MJJ